U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2012 SEP 27 PM 4:19

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:12-cr-132 |
| ) | |
| ) | |
| ANNETTE WEXLER, ) | |
|  Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

1. From in or about July 2010 to in or about April 2011, in the District of Vermont, ANNETTE WEXLER, along with others known and unknown to the Grand Jury, knowingly and willfully conspired to commit an offense against the United States; that is, in connection with the acquisition of firearms from licensed firearms dealers, ANNETTE WEXLER and a coconspirator knowingly made false written statements intended to and likely to deceive such dealers with respect to facts material to the lawfulness of the sale; that is, denying that they were acquiring firearms on behalf of other persons, in violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2).

2. Under federal firearms law, persons who purchase firearms from licensed firearm dealers are first required to complete an ATF Form 4473, in which the purchasers certify that they are the actual buyers of the firearms. ATF Form 4473 states that the firearms cannot be sold if the purchaser is not the actual buyer and that a person is not the actual buyer if the person is "acquiring the firearm(s) on behalf of another person."

3. It was part of the conspiracy that a coconspirator purchased numerous firearms on behalf of ANNETTE WEXLER in Florida, in part, with cash she received from ANNETTE

WEXLER, and delivered such firearms to ANNETTE WEXLER.

4. It was further part of the conspiracy that ANNETTE WEXLER transferred the firearms described above to a Canadian coconspirator.

5. It was further part of the conspiracy that ANNETTE WEXLER purchased, with money she obtained from the Canadian coconspirator, numerous firearms in Florida on behalf of the Canadian coconspirator and transferred these firearms to the Canadian coconspirator.

6. In furtherance of the conspiracy, the conspirators committed the following overt acts, among others, to effect the objects of the conspiracy:

    a. On or about February 24, 2011, a coconspirator purchased, with cash, approximately fourteen handguns from multiple federally licensed firearms dealers in Florida;

    b. On or about March 24, 2011, ANNETTE WEXLER purchased, with mostly cash, approximately twenty handguns from multiple federally licensed firearms dealers in Florida.

    c. On March 25, 2011, ANNETTE WEXLER and a coconspirator checked into a room at the Four Seasons Motel in Derby, Vermont.

    d. On March 25, 2011, ANNETTE WEXLER and a coconspirator delivered multiple firearms to the Canadian coconspirator at the Haskell Free Library in Derby Line, Vermont.

    e. On March 27, 2011, ANNETTE WEXLER brought approximately $18,000 in U.S. currency into the United States through the Port-of-Entry at Canaan, Vermont.

(18 U.S.C. § 371)

## COUNT TWO

The Grand Jury further charges:

From in or about July 2010 to in or about April 2011, in the District of Vermont, ANNETTE WEXLER, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms and in the course of such business transported such firearms in interstate and foreign commerce.

(18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D); 18 U.S.C. § 2)

## COUNT THREE

The Grand Jury further charges:

From in or about July 2010 to in or about April 2011, in the District of Vermont, ANNETTE WEXLER knowingly exported and sent merchandise from the United States contrary to United States law, that is, the dealing of firearms without a license, as charged in Count Two, and facilitated the transportation of such merchandise prior to exportation, knowing such items were intended for export contrary to United States law.

(18 U.S.C. § 554; 18 U.S.C. § 2)

## COUNT FOUR

The Grand Jury further charges:

In or about March 2011, in the District of Vermont, ANNETTE WEXLER, knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, knowingly transported such alien within the United States by means of transportation, in furtherance of such violation of law.

(8 U.S.C. § 1324(a)(1)(A)(ii); 18 U.S.C. § 2)

A TRUE BILL

███████████
FOREPERSON

*Tristram J. Coffin*
TRISTRAM J. COFFIN (by JRP)
United States Attorney

Burlington, Vermont
September 27, 2012